# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAKOTA L. WORLEY, | Case No. ED CV 17-01367-RAO |
| Plaintiff, | |
| v. | **JUDGMENT** |
| NANCY A. BERRYHILL, Deputy Commissioner of Operations of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.


DATED:     May 14, 2018                    _____/s/_____

ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE